AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

VICTOR and ANGELA PEREZ, a married couple,

                Plaintiffs,

v.

RITZVILLE MEDICAL INVESTORS, LLC, a Delaware corporation d/b/a LIFE CARE CENTER OF RITZVILLE,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-323-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant is awarded judgment on the retaliation claims of both Plaintiffs pursuant to the Order Granting Defendant's Motions for Summary Judgment entered on February 9, 2009, Ct. Rec. 61.

February 9, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas